IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff Division

| | |
|---|---|
| EDWIN STOVESAND, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MARJORIE L. STOVESAND, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS, INC., and BAYER HEALTHCARE A.G.<br><br>Defendants. | Civil Action No. 5:09-cv-00287-JMM |

## ORDER

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending transfer of this case to MDL-1928 and that any deadline to file responsive pleadings to the Complaint is EXTENDED until thirty (30) days after the date on which a docket for the above-captioned case is opened in the District Court for the Southern District of Florida.

This ___6___ day of November, 2009.

James M. Moody
United States District Judge

843739-v1