A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jan 12, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 28, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION                MDL No. 1928

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-34)**

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 300 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 12, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SCHEDULE CTO-34 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**


ARKANSAS EASTERN
  ARE  5    09-287            Edwin Stovesand, etc. v. Bayer Corp., et al.

CALIFORNIA CENTRAL
  CAC  2    09-8020          Joann Quinlan, et al. v. Bayer Corp., et al.

CONNECTICUT
  CT   3    09-1595          Peggy Trawick, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1652          Courtney Stearns, et al. v. Bayer Corp., et al.
  CT   3    09-1653          Jon Bretzinger, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1654          Pearlie C. Barfield, et al. v. Bayer Corp., et al.
  CT   3    09-1655          Linda G. Jones, etc. v. Bayer Corp., et al.
  CT   3    09-1656          James McElroy, et al. v. Bayer Corp., et al.
  CT   3    09-1657          Jewel Baldwin, et al. v. Bayer Corp., et al.
  CT   3    09-1682          Wayne W. Seeley, et al. v. Bayer Corp., et al.
  CT   3    09-1683          Lanie Ruth Davis Morris, etc. v. Bayer Corp., et al.
  CT   3    09-1684          Lawrence Maxson v. Bayer Corp., et al.
  CT   3    09-1685          Terry Migdal, etc. v. Bayer Corp., et al.
  CT   3    09-1686          Betty Hicks, etc. v. Bayer Corp., et al.
  CT   3    09-1687          Lisa Meyers, etc. v. Bayer Corp., et al.
  CT   3    09-1711          Pamela Watkinson, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1712          John McGuire, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1713          Donald Brown, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1714          Suzanne Moyer, et al. v. Bayer Corp., et al.
  CT   3    09-1715          Vietta Ratliff, etc. v. Bayer Schering Pharma, AG, et al.
  CT   3    09-1742          Hunter Smith v. Bayer Corp., et al.
  CT   3    09-1743          Martha DuBose, etc. v. Bayer Corp., et al.
  CT   3    09-1744          Edna L. Carey, etc. v. Bayer Corp., et al.
  CT   3    09-1745          Sally Kealy, etc. v. Bayer Corp., et al.
  CT   3    09-1763          John Fitzherbert, et al. v. Bayer Corp., et al.
  CT   3    09-1764          Shelma Primeau, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1765          Owen L. Bloodworth, etc. v. Bayer Corp., et al.
  CT   3    09-1792          Robert Hinton, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1793          Janis Hargrove, et al. v. Bayer Corp., et al.
  CT   3    09-1794          John Redgren, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1795          Martha Shepard, etc. v. Bayer Corp., et al.
  CT   3    09-1796          Dale Cody, et al. v. Bayer Corp., et al.
  CT   3    09-1797          Salvador Parra, Jr., et al. v. Bayer Schering Pharma AG, et al.

**MDL No. 1928 - Schedule CTO-34 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CT | 3 | 09-1798 | James Sharp, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1799 | Thomas Brown, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1800 | Margie Harbison, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1801 | Michael Roberts, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1802 | Ronald Burns v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1803 | Viola Drescher, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1810 | Jeffrey Compton, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1811 | Michael Paul Kirkpatrick, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1812 | Barbara H. Seger, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1813 | Margaret McDaniel, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1814 | Debra Johnson, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1815 | Phyllis Benford, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1816 | Emile R. Laversin, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1820 | Mariella Brandon, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1843 | Jane Monahan, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1870 | Melissa Gandy, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1871 | Lindie Hendrix, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1967 | Penny White, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1968 | Charlotte Boshell v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1969 | Gilbert Fooden, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1970 | Nina Starr, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1971 | Carmine Melignano v. Bayer Corp., et al. |
| CT | 3 | 09-1972 | Natalie Baird v. Bayer Corp., et al. |
| CT | 3 | 09-1984 | Glen Cash, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1985 | Linda Hampton, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1986 | Jerry Justice, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1987 | Eva Roberts, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1988 | Mary D. Quirk, et al. v. Bayer Corp., et al. |

MISSOURI EASTERN

| ~~MOE~~ | ~~4~~ | ~~09-2020~~ | ~~Louis Argento, et al. v. Bayer Corp., et al.~~ |
|---|---|---|---|

NEW JERSEY

| NJ | 2 | 09-5561 | Charles Edward Mershon, et al. v. Bayer Corp., et al. |
|---|---|---|---|
| NJ | 2 | 09-5562 | Tracy Scott Chandler, et al. v. Bayer Corp., et al. |
| NJ | 2 | 09-5563 | Nora L. Phillips v. Bayer Corp., et al. |
| NJ | 2 | 09-5564 | Katherine Wingard, etc. v. Bayer Corp., et al. |
| NJ | 2 | 09-5565 | Carolyn Hudenals, etc. v. Bayer Corp., et al. |

OKLAHOMA NORTHERN

| OKN | 4 | 09-695 | Frederick E. Lamport, Jr. v. Bayer Corp., et al. |
|---|---|---|---|

**MDL No. 1928 - Schedule CTO-34 Tag-Along Actions (Continued)**

<u>**DIST. DIV. C.A. #**</u>     <u>**CASE CAPTION**</u>

PENNSYLVANIA MIDDLE
  PAM  4    09-2096        Vera J. Schalles, etc. v. Bayer Corp., et al.

TEXAS NORTHERN
  TXN  3    09-2090        Howard Howle, et al. v. Bayer Corp., et al.
  TXN  3    09-2091        Ronald Edward, et al. v. Bayer Corp., et al.

TEXAS SOUTHERN
  TXS  4    09-3564        Joseph Barlow, et al. v. Bayer Corp., et al.
  TXS  4    09-3572        Harry B. Barnes, et al. v. Bayer Corp., et al.
  TXS  4    09-3581        Scott A. Batten, et al. v. Bayer Corp., et al.
  TXS  4    09-3585        Sharon Bretz, et al. v. Bayer Corp., et al.
  TXS  4    09-3586        Tony Pettit, et al. v. Bayer Corp., et al.
  TXS  4    09-3588        Mary Boutte, et al. v. Bayer Corp., et al.
  TXS  4    09-3589        Ann Avallon, et al. v. Bayer Corp., et al.
  TXS  4    09-3590        Maria Destefano-Olmos, et al. v. Bayer Corp., et al.
  TXS  4    09-3591        Pauline Lackman, et al. v. Bayer Corp., et al.
  TXS  4    09-3592        George Chachere, et al. v. Bayer Corp., et al.
  TXS  4    09-3593        Norma J. Schmid, et al. v. Bayer Corp., et al.
  TXS  4    09-3594        Meryl Lowe, et al. v. Bayer Corp., et al.
  TXS  4    09-3595        Printella L. Adams, et al. v. Bayer Corp., et al.
  TXS  4    09-3596        Phil Kaplan, et al. v. Bayer Corp., et al.
  TXS  4    09-3972        Henry Scott, et al. v. Bayer Corp., et al.

WEST VIRGINIA SOUTHERN
  WVS  3    09-1147        James Foster Mathis, et al. v. Bayer Corp., et al.



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By  Gracie Gomez
                            Deputy Clerk
Date **JAN 22, 2010**