A CERTIFIED TRUE COPY

ATTEST

By Denise Morgan-Stone on Jan 12, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 28, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION

MDL No. 1928

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-34)

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 545 F.Supp.2d 1357 (J.P.M.L. 2008). Since that time, 300 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 12, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**                    MDL No. 1928


### SCHEDULE CTO-34 - TAG-ALONG ACTIONS


<u>DIST.</u> <u>DIV.</u> <u>C.A. #</u>          <u>CASE CAPTION</u>


ARKANSAS EASTERN
  ARE  5    09-287          Edwin Stovesand, etc. v. Bayer Corp., et al.

CALIFORNIA CENTRAL
  CAC  2    09-8020         Joann Quinlan, et al. v. Bayer Corp., et al.

CONNECTICUT
  CT   3    09-1595         Peggy Trawick, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1652         Courtney Stearns, et al. v. Bayer Corp., et al.
  CT   3    09-1653         Jon Bretzinger, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1654         Pearlie C. Barfield, et al. v. Bayer Corp., et al.
  CT   3    09-1655         Linda G. Jones, etc. v. Bayer Corp., et al.
  CT   3    09-1656         James McElroy, et al. v. Bayer Corp., et al.
  CT   3    09-1657         Jewel Baldwin, et al. v. Bayer Corp., et al.
  CT   3    09-1682         Wayne W. Seeley, et al. v. Bayer Corp., et al.
  CT   3    09-1683         Lanie Ruth Davis Morris, etc. v. Bayer Corp., et al.
  CT   3    09-1684         Lawrence Maxson v. Bayer Corp., et al.
  CT   3    09-1685         Terry Migdal, etc. v. Bayer Corp., et al.
  CT   3    09-1686         Betty Hicks, etc. v. Bayer Corp., et al.
  CT   3    09-1687         Lisa Meyers, etc. v. Bayer Corp., et al.
  CT   3    09-1711         Pamela Watkinson, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1712         John McGuire, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1713         Donald Brown, etc. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1714         Suzanne Moyer, et al. v. Bayer Corp., et al.
  CT   3    09-1715         Vietta Ratliff, etc. v. Bayer Schering Pharma, AG, et al.
  CT   3    09-1742         Hunter Smith v. Bayer Corp., et al.
  CT   3    09-1743         Martha DuBose, etc. v. Bayer Corp., et al.
  CT   3    09-1744         Edna L. Carey, etc. v. Bayer Corp., et al.
  CT   3    09-1745         Sally Kealy, etc. v. Bayer Corp., et al.
  CT   3    09-1763         John Fitzherbert, et al. v. Bayer Corp., et al.
  CT   3    09-1764         Shelma Primeau, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1765         Owen L. Bloodworth, etc. v. Bayer Corp., et al.
  CT   3    09-1792         Robert Hinton, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1793         Janis Hargrove, et al. v. Bayer Corp., et al.
  CT   3    09-1794         John Redgren, et al. v. Bayer Schering Pharma AG, et al.
  CT   3    09-1795         Martha Shepard, etc. v. Bayer Corp., et al.
  CT   3    09-1796         Dale Cody, et al. v. Bayer Corp., et al.
  CT   3    09-1797         Salvador Parra, Jr., et al. v. Bayer Schering Pharma AG, et al.

**MDL No. 1928 - Schedule CTO-34 Tag-Along Actions (Continued)**

| <u>DIST.</u> | <u>DIV.</u> | <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|---|---|
| CT | 3 | 09-1798 | James Sharp, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1799 | Thomas Brown, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1800 | Margie Harbison, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1801 | Michael Roberts, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1802 | Ronald Burns v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1803 | Viola Drescher, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1810 | Jeffrey Compton, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1811 | Michael Paul Kirkpatrick, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1812 | Barbara H. Seger, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1813 | Margaret McDaniel, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1814 | Debra Johnson, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1815 | Phyllis Benford, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1816 | Emile R. Laversin, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1820 | Mariella Brandon, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1843 | Jane Monahan, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1870 | Melissa Gandy, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1871 | Lindie Hendrix, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1967 | Penny White, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1968 | Charlotte Boshell v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1969 | Gilbert Fooden, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1970 | Nina Starr, et al. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1971 | Carmine Melignano v. Bayer Corp., et al. |
| CT | 3 | 09-1972 | Natalie Baird v. Bayer Corp., et al. |
| CT | 3 | 09-1984 | Glen Cash, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1985 | Linda Hampton, etc. v. Bayer Corp., et al. |
| CT | 3 | 09-1986 | Jerry Justice, etc. v. Bayer Schering Pharma AG, et al. |
| CT | 3 | 09-1987 | Eva Roberts, et al. v. Bayer Corp., et al. |
| CT | 3 | 09-1988 | Mary D. Quirk, et al. v. Bayer Corp., et al. |

MISSOURI EASTERN

| ~~MOE 4~~ | ~~09-2020~~ | ~~Louis Argento, et al. v. Bayer Corp., et al.~~ |
|---|---|---|

NEW JERSEY

| NJ | 2 | 09-5561 | Charles Edward Mershon, et al. v. Bayer Corp., et al. |
|---|---|---|---|
| NJ | 2 | 09-5562 | Tracy Scott Chandler, et al. v. Bayer Corp., et al. |
| NJ | 2 | 09-5563 | Nora L. Phillips v. Bayer Corp., et al. |
| NJ | 2 | 09-5564 | Katherine Wingard, etc. v. Bayer Corp., et al. |
| NJ | 2 | 09-5565 | Carolyn Hudenals, etc. v. Bayer Corp., et al. |

OKLAHOMA NORTHERN

| OKN 4 | 09-695 | Frederick E. Lamport, Jr. v. Bayer Corp., et al. |
|---|---|---|

**MDL No. 1928 - Schedule CTO-34 Tag-Along Actions (Continued)**

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | | | <u>CASE CAPTION</u> |
|---|---|---|---|

**PENNSYLVANIA MIDDLE**

| PAM | 4 | 09-2096 | Vera J. Schalles, etc. v. Bayer Corp., et al. |
|---|---|---|---|

**TEXAS NORTHERN**

| TXN | 3 | 09-2090 | Howard Howle, et al. v. Bayer Corp., et al. |
|---|---|---|---|
| TXN | 3 | 09-2091 | Ronald Edward, et al. v. Bayer Corp., et al. |

**TEXAS SOUTHERN**

| TXS | 4 | 09-3564 | Joseph Barlow, et al. v. Bayer Corp., et al. |
|---|---|---|---|
| TXS | 4 | 09-3572 | Harry B. Barnes, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3581 | Scott A. Batten, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3585 | Sharon Bretz, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3586 | Tony Pettit, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3588 | Mary Boutte, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3589 | Ann Avallon, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3590 | Maria Destefano-Olmos, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3591 | Pauline Lackman, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3592 | George Chachere, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3593 | Norma J. Schmid, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3594 | Meryl Lowe, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3595 | Printella L. Adams, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3596 | Phil Kaplan, et al. v. Bayer Corp., et al. |
| TXS | 4 | 09-3972 | Henry Scott, et al. v. Bayer Corp., et al. |

**WEST VIRGINIA SOUTHERN**

| WVS | 3 | 09-1147 | James Foster Mathis, et al. v. Bayer Corp., et al. |
|---|---|---|---|



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By _Gracie Gomez_
Deputy Clerk

Date **JAN 22, 2010**