**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



January 22, 2010

United States District Court
Eastern District of Arkansas


RE:     MDL No. 1928
        Our Case #    08-md-1928 In Re: Trasylol Products Liability Litigation
        Your Case No. 5:09-287 Edwin Stovesand, etc. v. Bayer Corp., et al.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Donald M. Middlebrooks.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-34**) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.


STEVEN M. LARIMORE
Clerk of Court


by:  s/ Gracie Gomez
     _____
     MDL Clerk

Encl.

---

| ☐400 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 8N09 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |